160 A.3d 761

COMMONWEALTH of Pennsylvania, Respondent

v.

Quran HERRINGTON, Petitioner

No. 269 EAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

**AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**